PILLSBURY FLOUR MILLS COMPANY, Respondent, *v.*
JOSEPH NICOTERA, Appellant.

*Appeal — unanimous affirmance of judgment entered upon verdict —
appeal therefrom without permission dismissed.*

*Pillsbury Flour Mills Co.* v. *Nicotera,* 202 App. Div. 785, appeal
dismissed.

(Submitted June 12, 1922; decided July 12, 1922.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the fourth
judicial department, entered May 27, 1922, unanimously
affirming a judgment in favor of plaintiff entered upon
a verdict.

The motion was made upon the ground that permission
to appeal had not been obtained and that an appeal
did not lie as of right from said judgment to the Court
of Appeals.

*Richard R. Martin* for motion.

*William F. Dowling* and *Adrian S. Malsan* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.

---

MARCUS E. CUMMINGS, Trading as M. R. FLOORING
COMPANY, Plaintiff, *v.* BROADWAY-94TH STREET REALTY
CO., INC., Appellant, and POLLACK & O'NEILL, INC.,
Respondent, Impleaded with Others.

(Submitted June 12, 1922; decided July 12, 1922.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements. (See 233 N. Y.
407.)